

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CORDERO CANDIDO | CIVIL ACTION NO. 08-417; SEC. P |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| JOE KEFFER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [**Doc. #3**] is **DENIED**.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of August, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE