

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CORDERO CANDIDO<br>   aka CANDIDO CORDERO<br>FED. REG. NO. 61149-053 | CIVIL ACTION NO. 08-0417 |
| VERSUS | JUDGE DEE D. DRELL |
| JOE KEFFER, WARDEN, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 5th day of September, 2008.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**